ROGER L. GRANDGENETT II, ESQ., Bar # 6323
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811

Attorneys for Defendant,
TARGET CORPORATION *dba* TARGET

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA J. MOOTREY, | Case No. 2:15-CV-01241-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION** |
| TARGET CORPORATION, a foreign corporation d/b/a/ TARGET; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

Plaintiff BARBARA J. MOOTREY ("Plaintiff") and Defendant TARGET CORPORATION *dba* TARGET ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to vacate the date for the Early Neutral Evaluation (ENE) Session presently scheduled for March 4, 2016, at 9:00 a.m., before Honorable George Foley (Dkt. #9).  The parties would like to reschedule the ENE Session to a date convenient for the Court and mutually agreeable between the parties.  As such, the parties are available and propose the following dates for the Court's consideration to reschedule the ENE session:

- March 29, 2016
- March 31, 2016

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties further request that the confidential written evaluation statement be due one week prior to the new date of the ENE Session.

This extension is sought in good faith, and not for the purpose of undue delay.

Dated:  January 15, 2016

Dated:  January 15, 2016

Respectfully submitted,

Respectfully submitted,

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

Attorney for Plaintiff,
BARBARA J. MOOTREY

/s/ Crystal J. Herrera
ROGER L. GRANDGENETT II, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
TARGET CORPORATION *dba* TARGET

**ORDER**

IT IS SO ORDERED that the ENE Session shall be continued to March 29, 2016, at the hour of 9:00 a.m. In preparation for the ENE session, the attorneys for each party will submit a confidential written evaluation statement for the Court's in camera review one week prior to the date of the continued ENE Session, pursuant to parameters stated within ENE Order (Dkt. #9).

Dated this 19th day of January, 2016.

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.